JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIBBLE,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 5:21-cv-00213-JWH-KKx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1     Based upon the stipulation of the parties and for good cause shown,

2     It is hereby **ORDERED** that this action, Case No. 5:21-cv-00213-JWH-KKx,

3 is dismissed in its entirety as to all defendants with prejudice, pursuant to

4 Rule 41(a)(2) of the Federal Rules of Civil Procedure. All dates set in this matter are

5 hereby vacated and taken off calendar.

6     It is hereby further **ORDERED** that each party shall bear his or its own

7 attorneys' fees and costs in this matter.

8     **IT IS SO ORDERED.**

10 Dated: October 27, 2021

*[signature]*

Hon. John W. Holcomb
United States District Judge